UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In Re: <br>     Henry E. Gilliam, III <br><br>            Debtor. | ) <br> ) Case No. 12-15907-BFK <br> ) <br> ) Chapter 11 <br> ) <br> ) |

### *NOTICE OF APPEARANCE*

THE CLERK will please note the appearance of Jonathan E. Levine, Esquire, Nicole E. Stadelmaier, Esquire, and Levine & Daniels, PLLC as counsel for Virginia Commerce Bank in the above-styled matter.

                                                  Virginia Commerce Bank
                                                  By Counsel

LEVINE & DANIELS, PLLC
Heritage Square
5311 Lee Highway
Arlington, Virginia  22207
Telephone:  (703) 525-2668
Facsimile:  (703) 525-8393
nicole.stadelmaier@levinedaniels.com

By:    /s/ Nicole E. Stadelmaier
      Nicole E. Stadelmaier, Esquire
      Virginia Bar  No. 79092
      Counsel for Virginia Commerce Bank

### CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012 a true copy of the foregoing Notice of Appearance was electronically served on all parties and counsel of record in this matter using the Court's CM/ECF service.

                                                /s/ Nicole E. Stadelmaier
                                                Nicole E. Stadelmaier, Esquire